# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

——————

No. 19-50780
Conference Calendar

——————

United States Court of Appeals
Fifth Circuit

**FILED**

May 11, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HENRY OSWALDO REYES-DE LA CRUZ,

Defendant-Appellant

——————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:18-CR-1851-1

——————————

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Henry Oswaldo Reyes-De La Cruz
has moved for leave to withdraw and has filed a brief in accordance with
*Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d
229 (5th Cir. 2011).  Reyes-De La Cruz has filed responses.  We have reviewed
counsel's brief and the relevant portions of the record reflected therein, as well
as Reyes-De La Cruz's responses.  We concur with counsel's assessment that

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 19-50780

the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.